DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIONA LENNON** and **BARNEY IVANOVIC,**
Appellants,

v.

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.,**
Appellee.

No. 4D14-4913

[December 21, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Judge; L.T. Case No. 2011CA020211XXXXMB.

Fiona Lennon and Barney Ivanovic, Atlantis, pro se.

Matthew A. Ciccio of Aldridge Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***